# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | **Civ.S-91-768 JAM JFM** |
| | ) | |
| **IRON MOUNTAIN MINES, et al** | ) | |
| | ) | <u>**NOTICE**</u> |

**YOU ARE HEREBY NOTIFIED** that Judge Mendez ordered the following with respect to the above-entitled action:

Non-party, John F. Hutchens, has requested permission to file documents in this action.  This request is denied pursuant to the court's order of January 2, 2009.  The Court further advises John F. Hutchens that further requests to file documents, without benefit of counsel, may subject John F. Hutchens to monetary sanctions."

Dated: August 12, 2009

Victoria C. Minor,  Clerk
By:

/s/
_____
H. A. Vine
Courtroom Clerk