```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>         Plaintiff, )<br>   v.       )<br>            )<br>IRON MOUNTAIN MINES, INC. and )<br>T.W. ARMAN, )<br>            )<br>         Defendants. )<br>_____ )<br>STATE OF CALIFORNIA, On behalf of the )<br>California Department of Toxic Substances )<br>Control and the California Regional Water )<br>Quality Control Board for the Central Valley )<br>Region, )<br>            )<br>         Plaintiff, )<br>   v.       )<br>            )<br>IRON MOUNTAIN MINES, INC. and )<br>T.W. ARMAN, )<br>            )<br>         Defendants. )<br>            )<br>AND RELATED COUNTER- AND )<br>THIRD-PARTY CLAIMS )<br>_____ ) | Civil No. S-91-0768 JAM-JFM<br><br>(Consolidated for all purposes with<br>Civil No. S-91-1167 JAM-JFM) |

## ORDER

On September 23, 2009, this Court held a hearing on the MOTION OF WILLIAM A. LOGAN, JR. AND LOGAN & GILES LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS T.W. ARMAN AND IRON MOUNTAIN MINES, INC (Docket Number 1279). Present at the hearing were William Logan, counsel of record for defendants Iron Mountain Mines, Inc. and T.W. Arman, and Larry Corcoran, on behalf of the United States Department of Justice and the United States Environmental Protection Agency.

Upon consideration of the Motion to Withdraw, the Opposition of the United States, and the Reply by Mr. Logan, and of representations by the parties and counsel at the hearing, in open Court on September 23, 2009, this Court, entered the following Orders.

ORDERED that the Motion to Withdraw, filed by William A. Logan, Jr. and Logan &

1 | Giles LLP is DENIED; and

2 |     FURTHER ORDERED that the hearing on the United States' Motion for Partial

3 | Summary Judgment for Response Costs (Docket Number 1280), presently set for October 21,

4 | 2009, is continued to Wednesday, December 9, 2009 at 9:00 a.m., and opposition and reply briefs

5 | shall be filed in accord with Local Rule 78-230.

6 |     DATED this 28th day of September, 2009.

 

        /s/ John A. Mendez
        JOHN A. MENDEZ
        United States District Judge