IGNACIA S. MORENO
 Assistant Attorney General
LARRY MARTIN CORCORAN
  Environmental Enforcement Section
  Environment and Natural Resources Division
  United States Department of Justice
  P.O. 7611
  WASHINGTON, DC 20044-7611
  202-305-0370
  larry.corcoran@usdoj.gov
LAWRENCE G. BROWN
  Acting United States Attorney
  Eastern District of California
YOSHINORI H.T. HIMEL
  Assistant United States Attorney
  501 "I" Street, Suite 10-100
  Sacramento, California  95814
  (916) 554-2760

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. S-91-0768 JAM-JFM |
| Plaintiff, | (Consolidated for all purposes with Civil No. S-91-1167 JAM-JFM) |
| v. | |
| IRON MOUNTAIN MINES, INC. and T.W. ARMAN, | |
| Defendants. | **PLAINTIFF UNITED STATES' NOTICE OF MOTION AND MOTION AND APPLICATION FOR EXPEDITED CONSIDERATION AND SHORTENING OF TIME** |
| STATE OF CALIFORNIA, On behalf of the California Department of Toxic Substances Control and the California Regional Water Quality Control Board for the Central Valley Region, | |
| Plaintiff, | Date and Time to Be Determined by Court |
| v. | |
| IRON MOUNTAIN MINES, INC. and T.W. ARMAN, | Courtroom No. 6 |
| Defendants. | Hon.   John A. Mendez |
| AND RELATED COUNTER- AND THIRD-PARTY CLAIMS | |

# MOTION AND APPLICATION FOR
# EXPEDITED CONSIDERATION AND SHORTENING OF TIME

The United States moves for expedited consideration and shortening of time to respond to its motion, of this date, for scheduling defendants' reconsideration motion. Specifically, the United States moves this Court to require defendants to respond to the United States' Motion for Scheduling Defendants' Reconsideration Motion no later than noon Pacific Standard Time on December 22, 2009, and moves this Court to decide the same Motion before Christmas. The United States makes this Motion pursuant Local Rule 6-144. In support of this Motion and Application, the United States submits a supporting declaration by counsel for the United States and a Proposed Order. The reasons for this Motion and Application are stated in the supporting declaration by counsel. Counsel for the defendants does *not* consent to this Motion. His reasons are quoted in paragraph 20 of the supporting declaration to this Motion.

Dated: December 18, 2009

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General

/s/ Larry Martin Corcoran
LARRY MARTIN CORCORAN
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. 7611
WASHINGTON, DC 20044-7611
202-305-0370
larry.corcoran@usdoj.gov

LAWRENCE G. BROWN
Acting United States Attorney
Eastern District of California

**United States Motion for Expedited Consideration and Shortening of Time**         Page 2

1
2
3
4
5

YOSHINORI H.T. HIMEL
Assistant United States Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
(916) 554-2760

Attorneys for the United States

6
7
8
9
10

OF COUNSEL

Thelma Estrada, Esq.
Assistant Regional Counsel
U.S. Environmental Protection Agency, Region 9
75 Hawthorne Street
San Francisco, California  94105

11
12

## CERTIFICATE OF SERVICE

13
14
15
16

I Hereby Certify That, on December 18, 2009, I caused PLAINTIFF UNITED STATES' NOTICE OF MOTION AND MOTION AND APPLICATION FOR EXPEDITED CONSIDERATION AND SHORTENING OF TIME, supporting declaration of myself, and Proposed Order, to be filed electronically using the Court's ECF system, which will send notice of such filings to all registered counsel of record.

17
18
19
20

/s/  Larry Martin Corcoran
LARRY MARTIN CORCORAN
Attorney for Plaintiff
United States of America

21
22
23
24
25
26
27
28

**United States Motion for Expedited Consideration and Shortening of Time**          Page 3