UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:91-CV-0768 JAM-JFM |
| Plaintiff, | (Consolidated for all purposes with Civil |
| v. | No. S-91-1167 JAM-JFM) |
| IRON MOUNTAIN MINES, INC. and T.W. ARMAN., | **HEARING AND BRIEFING SCHEDULE FOR PENDING MOTIONS** |
| Defendants. | |
| STATE OF CALIFORNIA, On behalf of the California Department of Toxic Substances Control and the California Regional Water Quality Control Board for the Central Valley Region, | |
| Plaintiff, | |
| v. | |
| IRON MOUNTAIN MINES, INC., and T.W. ARMAN, | |
| Defendants. | |
| AND REALTED COUNTER-AND THIRD-PARTY CLAIMS. | |

**ORDER**

Upon consideration of the United States' Motion for Scheduling Defendants' Reconsideration Motion (Docket #1301), and the United

1

States' Motion for Remaining Briefing on Motion for Partial Summary Judgment for Response Costs (Docket #1293), and any responses by the defendants, it is, this 21st day of December, 2009.

ORDERED that the hearing on defendants' motion for reconsideration of this Court's September 30, 2002 grant of plaintiffs' motion for partial summary judgment (Docket #1300) shall be continued from January 20, 2010 to March 3, 2010. Any oppositions to defendants' motion for reconsideration shall be filed no later than January 29, 2010. Reply briefs shall be filed no later than February 19, 2010.

FURTHER ORDERED that the defendants shall file their response to the United States' Motion for Partial Summary Judgment for Response Costs no later than January 29, 2010.

FURTHER ORDERED that plaintiffs shall file their reply brief in support of the Motion for Partial Summary Judgment for Response Costs no later than February 19, 2010.

FURTHER ORDERED that the hearing on the United States' Motion for Partial Summary Judgment for Response Costs shall be continued to March 3, 2010.

FURTHER ORDERED that no hearing on the United States' Motion for Schedule for Remaining Briefing on Motion for Partial Summary Judgment for Response Costs is necessary and the parties need not appear on January 6, 2010.

IT IS SO ORDERED.

Dated: December 21, 2009.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge