LARRY MARTIN CORCORAN
  Environmental Enforcement Section
  Environment and Natural Resources Division
  United States Department of Justice
  P.O. Box 7611
  WASHINGTON, DC 20044-7611
  202-305-0370
  larry.corcoran@usdoj.gov
BENJAMIN B. WAGNER
  United States Attorney
  Eastern District of California
YOSHINORI H.T. HIMEL
  Assistant United States Attorney
  501 "I" Street, Suite 10-100
  Sacramento, California  95814
  (916) 554-2760

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. S-91-0768 JAM-JFM |
| Plaintiff, | (Consolidated for all purposes with |
| v. | Civil No. S-91-1167 JAM-JFM) |
| IRON MOUNTAIN MINES, INC. and T.W. ARMAN, | |
| Defendants. | **UNITED STATES' MOTION TO AMEND THE JULY 13, 2010 ORDER FOR PARTIAL SUMMARY JUDGMENT FOR THE UNITED STATES' RESPONSE COSTS** |
| STATE OF CALIFORNIA, On behalf of the California Department of Toxic Substances Control and the California Regional Water Quality Control Board for the Central Valley Region, | |
| Plaintiff, | Date:   October 6, 2010 |
| v. | Time:   9:30 a.m. |
| | Courtroom No. 6 |
| IRON MOUNTAIN MINES, INC. and T.W. ARMAN, | Hon.   John A. Mendez |
| Defendants. | |
| AND RELATED COUNTER- AND THIRD-PARTY CLAIMS | |

**UNITED STATES' MOTION TO AMEND THE
JULY 13, 2010 ORDER FOR PARTIAL SUMMARY JUDGMENT FOR
THE UNITED STATES' RESPONSE COSTS**

Pursuant to Fed.R.Civ.P. 60, the United States moves this Court to amend its July 13, 2010 Order (Dkt. 1318, granting partial summary judgment for the United States' unpaid response costs) in two respects: (1) to order the grant of declaratory judgment that the Defendants, T.W. Arman and Iron Mountain Mines, Inc. ("Defendants"), are liable to the United States for additional response costs incurred for environmental cleanup of the Iron Mountain Superfund Mine Site, and for prejudgment interest on those costs, to the extent that those costs have not been, and are not being paid pursuant to the December 8, 2000 Consent Decree settlement; and (2) to clarify that the Consent Decree settlement paid *no* United States' response costs incurred between February 29, 1996, and the date of the December 8, 2000 settlement, and pays only some, but not all, of the "future costs" incurred after the entry of the December 8, 2000 Consent Decree settlement.

On July 28, 2010 by email, counsel for the United States asked counsel for the defendants if the defendants would oppose this motion. Defendants' counsel has not responded.

In support of this Motion, the United States submits a supporting Memorandum.

Dated: July 30, 2010

                                              Respectfully submitted,

                                              /s/ Larry Martin Corcoran
                                              LARRY MARTIN CORCORAN
                                              Environmental Enforcement Section
                                              Environment and Natural Resources Division
                                              United States Department of Justice
                                              P.O. Box 7611
                                              WASHINGTON, DC 20044-7611
                                              202-305-0370

larry.corcoran@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California

YOSHINORI H.T. HIMEL
Assistant United States Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
(916) 554-2760

Attorneys for the United States

OF COUNSEL

Thelma Estrada, Esq.
Assistant Regional Counsel
U.S. Environmental Protection Agency, Region 9
75 Hawthorne Street
San Francisco, California  94105

CERTIFICATE OF SERVICE

I Hereby Certify That, on July 30, 2010, I caused the UNITED STATES' MOTION TO AMEND THE JULY 13, 2010 ORDER FOR PARTIAL SUMMARY JUDGMENT FOR THE UNITED STATES' RESPONSE COSTS, supporting Memorandum, and Proposed Order to be filed electronically using the Court's ECF system, which will send notice of such filings to all registered counsel of record.

/s/  Larry Martin Corcoran
LARRY MARTIN CORCORAN