IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IRON MOUNTAIN MINES, INC. and T.W. ARMAN,<br><br>    Defendants.<br>_____<br>STATE OF CALIFORNIA, On behalf of the California Department of Toxic Substances Control and the California Regional Water Quality Control Board for the Central Valley Region,<br><br>    Plaintiff,<br><br>    v.<br><br>IRON MOUNTAIN MINES, INC. and T.W. ARMAN,<br><br>    Defendants.<br><br>AND RELATED COUNTER- AND THIRD-PARTY CLAIMS<br>_____ | Civil No. S-91-0768 JAM-JFM<br><br>(Consolidated for all purposes with Civil No. S-91-1167 JAM-JFM)<br><br><br><br><br>**FINAL JUDGMENT**<br><br><br><br>Hon.   John A. Mendez |

    The Plaintiffs' Request For Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 58 is GRANTED.  Accordingly, pursuant to Fed. R. Civ. P. 58(d), Section 113(g)(2) of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9613(g)(2), and pursuant to this Court's Orders of (1) September 30, 2002 (entered October 1, 2002, as docket entry 1241), as affirmed May 5, 2010 (entered May 6, 2010, as docket entry 1316), and (2)  July 13, 2010 (docket entry 1318), as amended October 1, 2010 (docket entry 1323), it is

    ORDERED and ADJUDGED that T.W. Arman (aka Theodore Arman, aka Ted Arman (collectively "T.W. Arman")), and Iron Mountain Mines, Inc., both *in personam*, are jointly and

1  severally liable for and shall pay to the United States the amount of $57,140,669.53 for response
2  costs ($26,968,134.84) incurred through February 1996, plus interest ($30,172,534.69) through
3  September 30, 2010, relating to the inactive mines on Iron Mountain outside Redding, California,
4  and areas where hazardous substances released from the mines are located (defined by the United
5  States Environmental Protection Agency as the "Iron Mountain Mine Site").

6      FURTHER ORDERED and ADJUDGED that T.W. Arman and Iron Mountain Mines,
7  Inc., both *in personam*, are jointly and severally liable to the United States for additional
8  prejudgment interest after September 30, 2010, as provided by law.

9      FURTHER ORDERED and ADJUDGED that T.W. Arman and Iron Mountain Mines,
10 Inc., both *in personam*, are jointly and severally liable to the United States for additional
11 response costs incurred in connection with the Iron Mountain Mine Superfund Site, and for
12 prejudgment interest on those costs as provided by law, to the extent that those costs have not
13 been, and are not being paid pursuant to the December 8, 2000 Consent Decree entered in this
14 matter.

15     FURTHER ORDERED and ADJUDGED that T.W. Arman and Iron Mountain Mines,
16 Inc., both *in personam*, are jointly and severally liable to the State of California, on behalf of the
17 California Department of Toxic Substances Control and the California Regional Water Quality
18 Control Board for the Central Valley Region, for additional response costs incurred in connection
19 with the Iron Mountain Mine Superfund Site, and for prejudgment interest on those costs as
20 provided by law, to the extent that those costs have not been, and are not being paid pursuant to
21 the December 8, 2000 Consent Decree entered in this matter.

23     IT IS SO ORDERED this 15th Day of December, 2010.

25     /s/ John A. Mendez
26     JOHN A MENDEZ
    UNITED STATES DISTRICT JUDGE